UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ADA TOWNSEND,

Plaintiff,

v.

THE GOODYEAR TIRE & RUBBER COMPANY,

Defendant.

Case No. 01-908 ADM/AJB

NOTICE OF CANCELLATION

---

Due to the transfer and judge reassignment of the above captioned matter, you are hereby given notice that the pretrial conference and motion for withdrawal of counsel currently scheduled to be heard on July 19, 2000, at 9:45 a.m., before the undersigned Magistrate Judge has been canceled.

The pretrial conference and motion for withdrawal of counsel have been rescheduled to be heard by Magistrate Judge John M. Mason on **July 26, 2001, at 2:30 p.m.**, in Courtroom 628(B) of the U.S. Federal Courts Building, 316 North Robert Street, St. Paul, MN, 55101.

Dated: July 18, 2001

Arthur J. Boylan
U. S. Magistrate Judge

Filed 7-19-01
Richard Sletten, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________