UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ADA TOWNSEND, CIVIL NO. 01-908 (RHK/JMM)

Plaintiff,

v. ORDER

THE GOODYEAR TIRE &
RUBBER COMPANY,

Defendant.

The above matter came on before the undersigned upon Defendant's Motion to Compel Discovery [Docket No. 13]. Plaintiff advised that it acquiesced in the Motion.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that Defendant's Motion to Compel Discovery [Docket No. 13] is granted as follows:

1. Plaintiff shall fully answer each of Defendant's Interrogatories in writing and under oath no later than March 28, 2002.

2. Plaintiff shall provide all documents called for by Defendant's Request for Production of Documents no later than March 28, 2002.

3. Plaintiff shall appear at the offices of counsel for Defendant, Murnane, Conlin, White & Brandt, 444 Cedar Street, Suite 1800, St. Paul, Minnesota, on May 1, 2002, or any other date agreed upon in writing.

4. No later than April 22, 2002, Plaintiff shall pay to Defendant the sum of $50.00 representing Defendant's reasonable expenses, including attorney's fees and costs, in the bringing of this motion, pursuant to the provisions of Rule 37(a)(4) of the Federal Rules of Civil Procedure.

Dated: March 18, 2002

JOHN M. MASON
United States Magistrate Judge

FILED MAR 1 8 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______