**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Ada Townsend,

Plaintiff, Civil No. 01-908 (RHK/JMM)

vs. **ORDER**

The Goodyear Tire & Rubber Company,

Defendant.

---

Before the Court is Defendant's Motion to Dismiss Plaintiff's Complaint with prejudice. The grounds asserted in support of the Motion are the Plaintiff's failure to comply with discovery requests as well as the Order of the Magistrate Judge directing her to do so.

Counsel for Plaintiff has advised the Court that he has "no legal argument that would support a defense of the motion," and that "despite ongoing and repeated attempts [he has been] unable to gain [plaintiff's] cooperation in responding to discovery or preparing her case for trial." See letter from Kenneth L. LaBore to Magistrate Judge John M. Mason attached hereto. The undersigned has conducted a thorough review of the file herein, including the submissions of the parties with respect to the pending Motion. That review satisfies the Court, and the Court finds, that Plaintiff has, without cause, wilfully failed to respond to appropriate discovery requests and has wilfully failed to comply with an Order of this Court requiring such responses. She has been afforded every opportunity

FILED MAY 14 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD MAY 14 2002
DEPUTY CLERK

to comply and has ignored them. Dismissal of her case with prejudice is the appropriate remedy for such conduct.

According, and upon all the files, records and proceedings herein, **IT IS ORDERED** that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: May 14, 2002

RICHARD H. KYLE
United States District Judge

DANIELS & LABORE

A PROFESSIONAL LIMITED LIABILITY PARTNERSHIP

*Attorneys at Law*
James K. Daniels
Kenneth L. LaBore

*Attorneys of Counsel*
Kenneth F. Daniels
James J. Moran

*Paralegal*
Arlene A. Andrews

April 18, 2002

Magistrate Judge John M. Mason
U S District Court
708 Federal Building
316 North Robert Street
St. Paul, MN 55102

RE: Ada Townsend v. Goodyear Tire & Rubber Co.
Court File No. 01-908 ADM/AJB

Dear Magistrate Mason:

I have informed Ms. Townsend of defendant's Motion to have the case dismissed with prejudice. I have reviewed the defendant's brief and I have no legal argument that would support a defense of the motion. Although it is not my desire to see Ms. Townsend's case dismissed with prejudice, I am at a loss on how to proceed. Despite ongoing and repeated attempts, I am unable to gain her cooperation in responding to discovery or preparing her case for trial.

Very truly yours,

Kenneth L. LaBore

Kenneth L. LaBore

KLL/aa
Cc: Cheryl Hanson
Ada Townsend – regular & certified mail

125 Southeast Main Street, Suite 339 • Minneapolis, Minnesota 55414
Telephone 612-331-2121 • Fax 612-331-4174
1-888-487-7529

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## CIVIL NOTICE

DATE MAILED TO COUNSEL/PRO SE PARTIES:

The purpose of this notice is to summarize the time limits for filing with the District Court Clerk's Office a Notice of Appeal to the Eighth Circuit Court of Appeals from a final decision of the District Court in a civil case.

***This is a summary only. For specific information on the time limits for filing a Notice of Appeal, review the applicable federal civil and appellate procedure rules and statutes.***

Rule 4(a) of the Federal Rules of Appellate Procedure (Fed. R. App. P.) requires that a Notice of Appeal be filed within:

1. Thirty days (60 days if the United States is a party) after the date of "entry of the judgment or order appealed from;" or

2. Thirty days (60 days if the United States is a party) after the date of entry of an order denying a timely motion for a new trial under Fed. R. Civ. P. 59; or

3. Thirty days (60 days if the United States is a party) after the date of entry of an order granting or denying a timely motion for judgment under Fed. R. Civ. P. 50(b), to amend or make Additional findings of fact under Fed. R. Civ. P. 52(b), and/or to alter or amend the judgment under Fed. R. Civ. P. 59; or

4. Fourteen days after the date on which a previously timely Notice of Appeal was filed.

If a Notice of Appeal is not timely filed, a party in a civil case can move the District Court pursuant to Fed. R. App. P. 4(a)(5) to extend the time for filing a Notice of Appeal. This motion must be filed no later than 30 days after the period for filing a Notice of Appeal expires. If the motion is filed after the period for filing a Notice of Appeal expires, the party bringing the motion must give the opposing parties notice of it. The District Court may grant the motion, but only if excusable neglect or good cause is shown for failing to file a timely Notice of Appeal.

C:\FORMS\APPEAL NO. CIV
Rev. August 11, 1995

# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

### Prehearing Conference Program

The United States Court of Appeals for the Eighth Circuit has established an early intervention Prehearing Conference Program. The purpose of the program is twofold: (1) to facilitate settlement discussions in civil cases by providing an impartial atmosphere for an open discussion of the case and alternative methods of disposition and (2) to promote the delineation of issues, early resolution of procedural problems, and effective administration of an appeal throughout the appellate process. See 8th Cir. R. 33A.

The program is directed by Mr. John Martin. Mr. Martin screens newly filed appeals based on information furnished by both appellants and appellees in the court's Appeal Information Forms A and B. Contact with counsel is by telephone and in personal conferences held in several cities throughout the Circuit. All communications with Mr. Martin are confidential. Counsel can openly discuss and evaluate the issues and explore alternatives in a non-adversarial setting without fear that the subsequent processing of the appeal or ultimate disposition of the case will be adversely affected by participation in the program.

Participation in the program is voluntary. However, the Court strongly encourages your participation and cooperation. Over the past twenty years, the program has enabled many appellate litigants to achieve mutually satisfactory resolution of certain issues or an overall settlement prior to progressing through all stages of the appellate process. Issue delineation enables counsel to focus only on those issues that need judicial resolution. The program has helped relieve the ever-increasing caseload confronting the Court, and it has also saved litigants and attorneys substantial amounts of time and money.

In order for the program to function effectively certain information <u>must</u> be provided at the initiation of the appeal. *Eighth Circuit Rule 3B directs each civil appellant to: (1) file a completed Appeal Information Form A with the Notice of Appeal at the time the Notice is filed with the District Court clerk and (2) forward a copy of the completed Form A and a copy of Appeal Information Form B to the appellee for completion.* Appellee may complete Form B and send it to the clerk of the Court of Appeals. If you have any questions about the Prehearing Conference Program or the Appeal Information Forms, please contact Mr. Martin at (314)-539-3669.

Forms A and B are available from the District Court clerk and the Court of Appeals clerk and can be found at the Court of Appeals' web site at: www.ca8.uscourts.gov

*June 1, 2000*